IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED
06/02/2025
LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

GAVIN SIMPSON,
Plaintiff,
v.
PORTFOLIO RECOVERY ASSOCIATES, LLC,
Defendant.

Civil Action No.: 5:24-cv-00094-JHY-JCH

AMENDED COMPLAINT

Plaintiff Gavin Simpson, appearing pro se, hereby respectfully submits this Amended Complaint against Defendant Portfolio Recovery Associates, LLC, and alleges as follows:

# I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) based on violations of the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.) and 28 U.S.C. § 1367 for supplemental jurisdiction over related state law claims.

2. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the events giving rise to this action occurred in Harrisonburg, Virginia, within this District.

# II. PARTIES

3. Plaintiff Gavin Simpson is an individual residing in Dayton, Virginia.

4. Defendant Portfolio Recovery Associates, LLC ("PRA") is a debt collection agency headquartered in Richmond, Virginia, and conducts business throughout the Commonwealth of Virginia.

# III. STATEMENT OF FACTS

5. In 2024, Defendant filed a lawsuit against Plaintiff in the Harrisonburg/Rockingham District Court, claiming Plaintiff owed a debt of approximately $9,683.67.

6. Plaintiff disputed owing any such debt, and Defendant failed to produce any valid, binding contract establishing a debtor-creditor relationship between Plaintiff and Defendant.

7. Defendant further failed to produce documentation required under federal securities laws and the Internal Revenue Code to validate any alleged debt or the right to collect on it.

8. Defendant pursued the District Court case, requesting multiple continuances without just cause, thereby prolonging the proceedings and causing Plaintiff undue hardship.

9. Ultimately, the District Court dismissed Defendant's case **with prejudice**, barring further litigation on the alleged debt under the doctrine of res judicata.

10. Despite the dismissal, Defendant used Plaintiff's personal information, including his Social Security number, to report the alleged debt to the major credit reporting agencies: Experian, Equifax, and TransUnion.

11. Defendant's false reporting tarnished Plaintiff's creditworthiness and caused reputational, emotional, and financial harm.

12. Plaintiff suffered emotional distress, mental anguish, inconvenience, embarrassment, and loss of enjoyment of life as a result of Defendant's actions.

13. After Plaintiff filed the present action in Rockingham/Harrisonburg Circuit Court, Defendant removed the defamatory credit entries from Plaintiff's credit reports.

14. Defendant subsequently removed this action to the United States District Court for the Western District of Virginia.

# IV. CAUSES OF ACTION

## A. Fraudulent Misrepresentation and Deceptive Practices

15. Defendant knowingly and falsely represented that Plaintiff owed a debt.

16. Defendant intended for Plaintiff to rely on these false representations to his detriment.

17. Plaintiff reasonably relied on these misrepresentations, suffering damages as a result.

## B. Constructive Fraud (Negligent Misrepresentation)

18. Defendant negligently misrepresented material facts regarding Plaintiff's purported obligation.

19. Plaintiff reasonably relied on Defendant's misrepresentations and suffered damages.

## C. Defamation

20. Defendant knowingly published false and defamatory information about Plaintiff to third-party credit reporting agencies.

21. Defendant's publications were made with actual malice or reckless disregard for the truth and caused substantial harm to Plaintiff's reputation and credit standing.

## D. Violation of the Fair Credit Reporting Act (15 U.S.C. § 1681s-2(b))

22. Defendant failed to conduct a reasonable investigation after Plaintiff disputed the inaccurate reporting of the alleged debt.

23. Defendant's actions violated Plaintiff's rights under the FCRA, causing damages.

## E. Identity Theft and Unauthorized Use of Personal Information

24. Defendant used Plaintiff's Social Security number without authorization to pursue and report an unverified and unlawful debt.

25. Defendant's actions constitute identity theft and unauthorized use of Plaintiff's personal information under applicable laws.

# V. DAMAGES

26. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff suffered:

(a) Emotional distress, mental anguish, and anxiety;
(b) Reputational harm;
(c) Loss of credit opportunities;
(d) Financial hardship and inconvenience;
(e) Humiliation and embarrassment.

27. Plaintiff seeks compensatory and punitive damages in an amount not less than $500,000.

# VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

(a) Award Plaintiff $500,000 in compensatory and punitive damages;

(b) Enter declaratory judgment finding Defendant's actions unlawful;

(c) Grant injunctive relief prohibiting further unauthorized collection and reporting activities by Defendant;

(d) Award Plaintiff costs and any other relief the Court deems just and proper.

# VII. CONCLUSION

Portfolio Recovery Associates is a third-party debt collector located in Richmond, Virginia. Defendant sued Plaintiff Gavin Simpson for approximately $9,000 in 2024 in the Harrisonburg/Rockingham District Court, alleging a debt obligation. Defendant failed to produce any valid contract, chain of title, or lawful documentation establishing its claim. Defendant's case was dismissed with prejudice, barring further

litigation. Thereafter, Defendant unlawfully used Plaintiff's Social Security number to submit false credit reports to Experian, Equifax, and TransUnion, damaging Plaintiff's creditworthiness and causing substantial emotional and financial harm. Defendant's actions were aimed at coercing Plaintiff into acquiescing to illegitimate claims. Plaintiff now properly seeks full adjudication of his claims and relief before this Honorable Court.

Respectfully submitted,

/s/ Gavin Simpson
Gavin Simpson
6975 Briery Branch Road
Dayton, VA 22821
Telephone: 301-693-1562
Email: werthesimpsons@yahoo.com
Plaintiff, Pro Se
Date: 4/29/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**GAVIN SIMPSON,**
Plaintiff,
v.
**PORTFOLIO RECOVERY ASSOCIATES, LLC,**
Defendant.

Civil Action No.: 5:24-cv-00094-JHY-JCH

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30 day of April 2025, a true and correct copy of the foregoing **Amended Complaint was** served upon the following counsel of record for Defendant via U.S. First Class Mail, postage prepaid:

**Stephen D. Lozier**
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23219

Respectfully submitted,

/s/ Gavin Simpson
Gavin Simpson
6975 Briery Branch Road, Dayton Virginia 22821

April 30, 2025